UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

---

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Raed Yousef
8:26-cr-00285-KKM-SPF

---

| | |
|---|---|
| **Date**: September 18, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:02 PM–2:16 PM<br>Total: 14 mins | **Deputy Clerk**: Octavia Jarnegan/Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Lindsey Schmidt, AUSA | Mark O'Brien, Retained |

**Arraignment**

Defendant present with counsel.

Arrest date: 9/15/2026. Defendant previously had initial appearance and asked to continue arraignment.

Court summarizes the charges and potential penalties.

Defendant waives formal reading of the Indictment.

Not guilty plea entered by Defendant as to all counts.

Oral Motion for discovery by defendant.

Oral order to government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal discovery by Government.

Oral order to Defendant to provide reciprocal discovery under Rule 16(b).

Defendant is arraigned.

Government seeks detention as to Defendant.

Oral motion by defendant for continuance of detention hearing. Oral order granting.

Court sets detention hearing for September 23, 2026 at 2pm.

Defendant temporarily detained.

Pretrial Discovery Order to be electronically filed by Magistrate Judge Adams for Judge Flynn.

Trial set for November 2026 trial term beginning November 2, 2026 before District Mizelle. Status Conference on October 13, 2026 at 9:00am.

Due process oral order given.