AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

SEALED

RECEIVED U.S. MARSHALS 2026 SEP 15 PM4:44

United States of America
v.
RAED YOUSEF
a/k/a "RAED MOHAMED SALIM SULEIMAN"

*Defendant*

Case No. 8:26-CR-285-KKM-SPF

## ARREST WARRANT

SEP 18 2026 PM2:07 FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RAED YOUSEF a/k/a "RAED MOHAMED SALIM SULEIMAN" ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. §§2339B(a)(1), 2339B (d), and 3551 et. seq.;Attempt to Provide Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. §2339B(a)(1);Conspiracy to Provide Funds, Goods, and Services to a Specially Designated Terrorist, in violation of 50 U.S.C. §§1701-1706 and 31 C.F.R. § 595.201 et. seq.;Attempt to Provide Funds, Goods, and Services to a Specially Designated Terrorist, in violation of 50 U.S.C. §§1701-1706 and 31 C.F.R. § 595.201 et seq; Conspiracy to Commit Money Laundering and money laundering, in violation of 18 U.S.C. §§1956(a)(2); Passport Fraud, in violation of 18 U.S.C. §1542.

Date: 9/15/26

Lisa Silvia
*Issuing officer's signature* LISA SILVIA

City and state: Tampa, FL

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 15 September , and the person was arrested on *(date)* 9/15/2026
at *(city and state)* Tampa, FL .

Date: 09/16/26

*Arresting officer's signature*

John Maher Special Agent
*Printed name and title*